

ENTERED
01/02/2019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In Re:

| | | |
|---|---|---|
| Rian Keller | § | Case No.: 18-33455-H2-13 |
| Penny Keller | § | |
| Debtor(s) | § | Chapter 13 |

# ORDER ON DEBTORS' MOTION TO RECONSIDER ORDER COMPELLING 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS

(Docket No. 90)

On this day the Court considered Debtor's motion to quash 2004-1 examination and production of documents scheduled to be taken by Rachel Butler and Rachel Butler dba The Beauty Lounge on January 2, 2019.

Having considered the motion, the Court finds good cause exists to grant the motion in part. The 2004 exam is stayed pending the outcome of the hearing on January 3, 2019.

Signed: January 02, 2019.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**